

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2021

No. 04-21-00030-CV

**HARLEY ROGERS PARTNERSHIP, LTD.,**
Appellant

v.

**QUICK ROOFING, LLC,**
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 18621C
Honorable Susan Harris, Judge Presiding

# O R D E R

On March 2, 2021, appellee filed a motion to dismiss the appeal for want of jurisdiction, arguing the record did not contain a final judgment and there existed no basis for an interlocutory appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) ("[T]he general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment."). On March 11, 2021, appellant filed a second amended notice of appeal and a response to appellee's motion to dismiss. In its amended notice of appeal and response, appellant states that it appeals "from all portions of the summary judgment order and final judgment." The clerk's record includes an order on a motion for summary judgment, signed on November 2, 2020, and a final judgment, signed on March 1, 2021. This final judgment denies all relief not expressly granted and states: "THIS JUDGMENT IS FINAL AND APPEALABLE." Because the trial court disposed of all parties and claims by the March 1, 2021 final judgment, if not earlier, we have jurisdiction over this appeal, and we DENY appellee's motion to dismiss. *See id.* ("A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree.").[1]

---

[1] Appellant argues that the order on the motion for summary judgment was a final judgment and "does not concede that the [trial] court had plenary power to sign the instrument entitled 'Final Judgment.'" Because it is clear that the trial court signed a final judgment either on November 2, 2020, or on March 1, 2021, and the appeal is timely as to either order, we do not resolve, at this time, which of these orders is the final judgment for purposes of appeal.

On April 5, 2021, appellant filed a motion for extension of time to file its brief. Appellant's motion is GRANTED, and it is ORDERED that appellant's brief is due on or before May 12, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court